438 A.2d 627

Commonwealth v. Mann, Appellant.

Argued December 5, 1980. William T. Cannon, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

PRICE, J., did not participate in the consideration or decision of this case.